### (October 14, 1938.)

GEORGE W. AVERELL, Respondent, v. ETHEL MARY WISCHHUSEN, etc., Appellant, and RONDIR ESTATE CORPORATION and Others, Supplemental Defendants, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

MORRIS FREIMAN and Another, Appellants, v. SPIESMAN BAKERY, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

MARY J. GILCHRIST, Appellant, v. CLARENCE B. INGRAM, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Petition of the CITY BANK FARMERS TRUST COMPANY to Render and Settle Its Account as Trustee of the Trust for ALICE BERTHA DEL GRELLA under the Last Will and Testament of JAMES HALE BATES, Deceased, and for a Construction of the Will. LEONARD N. SNEDEKER, Special Guardian for CHARLES W. FIELD and ROBERT GRAY TWOMBLY, Infants, etc., and Others, Appellants; BROOKLYN HOME FOR AGED MEN and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 900.] Present — Lazansky, P. J., Hagarty, Davis, Adel and Close, JJ. [See post, p. ——.]

In the Matter of the Resignation of A. BRET CIPES, Admitted as ABRAHAM B. CIPES, an Attorney and Counselor at Law.— Resignation as an attorney and counselor at law accepted and name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of MORRIS E. LEVINE, an Attorney and Counselor at Law.— Resignation as an attorney and counselor at law accepted and name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.